JOHN W. PAGE and CLARA BELL PAGE, his wife, and DOUGLAS L. RICOU and EDITH RICOU, his wife, v. IDA C. LINES, as Administratrix of the Estate of ELLA C. STONE, deceased.

7 So. (2nd) 599                                    Division A
April 17, 1942

R. C. Williams, for appellants.

Charles B. Fulton, for Ida C. Lines, as Administratrix of the Estate of Ella C. Stone, deceased, and A. R. Roebuck and John Zeigler, for Douglas L. Ricou, and Edith Ricou, his wife, appellees.

PER CURIAM:

This cause having heretofore been transmitted to the Court upon the transcript of the record of the final decree herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems

to the Court that there is no error in the said final decree; it is, therefore, considered, ordered and adjudged by the Court that the said final decree of the Circuit Court be, and the same is hereby affirmed.

Affirmed.

BROWN, C. J., WHITFIELD, BUFORD and ADAMS, JJ., concur.